UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>SATCON TECHNOLOGY<br>CORPORATION, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 12-12869 (KG)<br>Jointly Administered<br><br>**Re: D.I. 263** |

## SECURED CREDITOR SILICON VALLEY BANK'S DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF ISSUES (RE: FINAL CASH COLLATERAL ORDER)

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Local Rule 8006-1 and in connection with its Notice of Appeal, under 28 U.S.C. § 158(a)(1), filed on December 11, 2012 (D.I. 263) of the final order of the Honorable Kevin Gross, United States Bankruptcy Court for the District of Delaware, entered in this contested matter on the 11th day of December, 2012 allowing the Motion of the Debtors for Entry of Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection Pursuant to 11 U.S.C.§§ 361, 362, 363, 364 and 507 (D.I. 262), Silicon Valley Bank (the "Bank") designates the following documents as the appellate record, a copy of which are submitted herewith, and files the following Statement of Issues:

**Appellate Record**

| Item No. | Docket Entry | Description |
|---|---|---|
| 1 | 18 | Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361, 362, 363 and 507 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2 and Exhibits thereto filed by Satcon Technology Corporation |
| 2 | 33 | Opposition of Horizon Credit I, LLC and Velocity Venture Funding, LLC to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 507 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B) and Local Rule 4001-2 and Exhibits thereto filed |

|   |     | |
|---|-----|-----------------------------------------------------------------------------------------------------|
|   |     | by Horizon Credit I LLC, Velocity Venture Funding, LLC |
| 3 | 50  | Order (INTERIM ORDER) (WITH REVISIONS) (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing and Exhibits thereto |
| 4 | 119 | Order (SECOND INTERIM) (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing and Exhibits thereto |
| 5 | 139 | Emergency Motion of the Debtors for Entry of an Order Authorizing (I) Entry into a Settlement with Great Wall, (II) Incurrence of Post-Petition Trade Credit, and (III) Granting of a Priming Lien to Secure Post-Petition Trade Credit. Filed by Satcon Technology Corporation and Exhibits thereto |
| 6 | 150 | Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361, 362, 363 and 507 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2 for Authority to Use Cash Collateral filed by Official Committee Of Unsecured Creditors |
| 7 | 157 | Supplemental Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361, 362, 363 and 507 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2 for Authority to Use Cash Collateral filed by Official Committee Of Unsecured Creditors |
| 8 | 163 | Opposition of Horizon Credit I LLC and Velocity Venture Funding, LLC Motion of the Debtors for Entry of Final Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 507; and (B) the Emergency Motion of the Debtors for Entry of an Order Authorizing (i) Entry into a Settlement with Great Wall, (ii) Incurrence of Post-Petition Trade Credit, and (iii) Granting of a Priming Lien to Secure Post-Petition Trade Credit with Exhibits thereto filed by Horizon Credit I LLC, Velocity Venture Funding, LLC |
| 9 | 182 | Order-Third Interim (WITH REVISIONS BY COURT) (I)Authorizing the Use of Cash Collateral, (II)Granting Adequate Protection and (III)Scheduling a Final Hearing with Exhibits thereto |
| 10 | 204 | Objection to Entry of a Final Order in Proferred Form (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361, 362, 363 and 507 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2 for Authority to Use Cash Collateral with Exhibits filed by Official Committee Of Unsecured Creditors |
| 11 | 208 | Joint Objection and Supplemental Objection to (A) Motion of the Debtors for Entry of Final Order Authorizing the Use of Cash Collateral and (B) Emergency Motion of the Debtors for Entry of an Order Authorizing (1) Entry |

|    |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|----|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |     | into a Settlement with Great Wall, (II) Incurrence of Post-Petition Trade Credit and (III) Granting of a Priming Lien to Secure Post-Petition Trade Credit filed by Horizon Credit I LLC, Silicon Valley Bank, Velocity Venture Funding, LLC                                                                                                                                                                                                                |
| 12 | 219 | Motion for Leave to File Debtors' Reply to Joint Objection and Supplemental Objection to (A) Motion of the Debtors for Entry of Final Order Authorizing the Use of Cash Collateral and (B) Emergency Motion of the Debtors for Entry of an Order Authorizing (1) Entry into a Settlement with Great Wall, (II) Incurrence of Post-Petition Trade Credit and (III) Granting of a Priming Lien to Secure Post-Petition Trade Credit with Exhibits filed by Satcon Technology Corporation |
| 13 | 234 | Order (With Revisions by the Court) Authorizing (I) Entry Into A Settlement With Great Wall, (II) Incurrence Of Post-Petition Trade Credit, And (III) Granting Of A Priming Lien To Secure Post-Petition Trade Credit                                                                                                                                                                                                                                       |
| 14 | 246 | Opposition of Secured Creditor Silicon Valley Bank to Motion for Entry of Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection Pursuant to 11 USC §§ 361, 362, 363, 364 and 507 with Exhibits filed by Silicon Valley Bank                                                                                                                                                                                          |
| 15 | 247 | Objection of Horizon Credit I LLC and Velocity Venture Funding, LLC to Debtors' Proposed Form of Final Order Authorizing the Use of Cash Collateral with Exhibits filed by Horizon Credit I LLC, Velocity Venture Funding, LLC                                                                                                                                                                                                                              |
| 16 | 248 | MEMORANDUM OPINION                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 17 | 249 | Transcript of Evidentiary Hearing Held 11/29/2012 RE: Emergency Motion regarding Great Wall Transactions                                                                                                                                                                                                                                                                                                                                                    |
| 18 | 250 | Transcript of Evidentiary Hearing Held 11/30/2012 RE: Emergency Motion regarding Great Wall Transactions                                                                                                                                                                                                                                                                                                                                                    |
| 19 | 251 | Transcript of Hearing Held 12/3/2012 RE: Emergency Motion regarding Great Wall Transactions                                                                                                                                                                                                                                                                                                                                                                 |
| 20 | 258 | Supplemental Objection of Secured Creditor Silicon Valley Bank to Motion for Entry of Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection with Exhibits filed by Silicon Valley Bank                                                                                                                                                                                                                               |
| 21 | 260 | Response to (A) Opposition of Secured Creditor Silicon Valley Bank to Motion for Entry of Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507 and (B) Supplemental Objection of Secured Creditor Silicon Valley Bank to Motion for Entry of Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507 with Exhibits filed by Satcon Technology Corporation |
| 22 | 262 | Order (Final) (I) Authorizing the use of Cash Collateral, and (II) Granting Adequate Protection                                                                                                                                                                                                                                                                                                                                                             |
| 23 |     | Transcript of Hearing Held 12/11/2012 RE: Final Order (I) Authorizing the use                                                                                                                                                                                                                                                                                                                                                                               |

|    |    |                                                                                              |
|----|----|----------------------------------------------------------------------------------------------|
|    |    | of Cash Collateral, and (II) Granting Adequate Protection                                    |
| 14 |    | Debtors' Weekly Report for Week 7 – Accounts Receivable Aging at 12-02-12                    |

**Statement of Issues**

1.   Did the Court err in finding that the Bank is adequately protected, notwithstanding the Great Wall transaction and priming lien, and notwithstanding the post-petition deterioration of the Bank's collateral?

2.   Did the Court err by requiring a Professional Fee Account to be funded by the Bank's cash collateral, without the Bank's consent and over the objection of the Bank, where that account effectively provides the professionals in question with a non-consensual security interest in the funds in the Professional Fee Account, which is senior to the Bank's security interest, regardless of whether the Bank ultimately recovers the amounts owed to the Bank in full, and regardless of whether the account has been exhausted upon Termination of the Debtor's approved budget by either default or by expiration of the approved timeline?

3.   Did the Court err by potentially further subordinating the Bank's claim to other fees which may subsequently become due (including, but not necessarily limited to certain success fees proposed to be paid to the Debtors' insiders) and without providing adequate protection to the Bank?

Dated:  December 17, 2012

                                                    WOMBLE   CARLYLE   SANDRIDGE   &
                                                  RICE, LLP

                                                  /s/ Steven K. Kortanek
                                                  Steven K. Kortanek (Del. Bar No. 3106)
                                                  222 Delaware Avenue, Suite 1501
                                                  Wilmington, DE 19801
                                                  Telephone (302) 252-4320
                                                  E-mail: skortanek@wcsr.com

-AND-

RIEMER & BRAUNSTEIN LLP
Paul S. Samson (*pro hac vice*)
Donald E. Rothman (*pro hac vice*)
Tel: 617-523-9000
Fax: 617-880-3456
psamson@riemerlaw.com
drothman@riemerlaw.com
*Attorneys for Silicon Valley Bank*

1508354.2

WCSR 7585852v1